■ JOHN THOMAS GALVIN, JR. and Another, as Cotrustees of the JOHN THOMAS GALVIN, JR. FAMILY TRUST, et al., Appellants, v SINGER REAL ESTATE, L.P., et al., Respondents. [63 NYS3d 299]— Appeal from an order of the Supreme Court, Monroe County (Debra A. Martin, A.J.), entered April 13, 2016. The order, among other things, dismissed the complaint against all defendants in its entirety.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Winslow, JJ.

■ PATRICIA FINLEY, Respondent, v KEN CURRIE MOTORS, INC., Appellant. [63 NYS3d 299]—Appeal from an order of the Niagara County Court (Sara Sheldon, J.), dated June 30, 2016. The order affirmed a judgment of the Niagara Falls City Court.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Winslow, JJ.

■ In the Matter of the Rescission of the LORIE DeHIMER IRREVOCABLE TRUST, Successor to the MARION A. SEARS TRUSTS. LORIE M. DeHIMER, Appellant; HOWARD P. SEARS, JR. and Others, Trustees, Respondents. In the Matter of the Rescission of the J. STEVEN DeHIMER IRREVOCABLE TRUST, Successor to the MARION A. SEARS TRUSTS. J. STEVEN DeHIMER, Appellant; HOWARD P. SEARS, JR. and Others, Trustees, Respondents. [63 NYS3d 300]—Appeals from a decree of the Surrogate's Court, Oneida County (Louis P. Gigliotti, S.), entered June 9, 2016. The decree, among other things, granted the cross motions of respondents for summary judgment and dismissed the petitions.

It is hereby ordered that the decree is unanimously affirmed without costs for reasons stated in the decision by the Surrogate (2016 NY Slip Op 50971[U] [2016]) . Present—Carni, J.P., Lindley, DeJoseph, Troutman and Winslow, JJ.